JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY BERNARDEZ, ) | Case No. CV 06-1557-RSWL (OP) |
| ) | |
| Petitioner, ) | J U D G M E N T |
| ) | |
| vs. ) | |
| ) | |
| A. K. SCRIBNER, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: December 30, 2008
_____/s/_____
HONORABLE RONALD S. W. LEW
Senior U.S. District Court Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge